**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| REYNA ÁNGELES ACOSTA, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § | |
| | § | **Civil Action No. 4:26-cv-03930** |
| v. | § § | |
| MENESES LAW, PLLC; MENESES ENTERPRISES, LLC; FRANCES CHRISTINE MENESES; JULIO CARLOS MENESES; and ROBERT VICTOR TORREY, | § § § § § § | |
| Defendants. | § | |

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Before the Court is Plaintiff's Motion to Continue the Initial Pretrial and Scheduling Conference. Having considered the motion, the record, and the applicable law, the Court finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the initial pretrial and scheduling conference currently set for June 22, 2026 is CONTINUED.

IT IS FURTHER ORDERED that the initial pretrial and scheduling conference is RESET to _____, 2026, at _____ ____.m., to be held by telephone.

IT IS FURTHER ORDERED that, after the parties confer as required by Federal Rule of Civil Procedure 26(f), counsel shall prepare and file a joint discovery/case management plan not less than ten (10) days before the reset conference.

SIGNED this _____ day of _____, 2026.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE