MENESES LAW
IMMIGRATION ATTORNEYS

*From the Desk of:*
ATTORNEYS AT LAW | ABOGADOS

2900 NORTH LOOP WEST, SUITE 300
HOUSTON, TX 77092
PH: 832-831-4242
EMAIL: INFO@MENESES.LAW
WEBSITE: WWW.MENESES.LAW

MEMBER
TX, NY, OK, MA, PR STATE BARS
AMERICAN IMMIGRATION
LAWYERS ASSOCIATION, AND
AMERICAN BAR ASSOCIATION

# CLIENT CONFIRMATION OF REPRESENTATION AND REVOCATION OF FILE TRANSFER REQUEST

Client Name: Irma Leticia Barrera Ramirez

A#: 305-854-362

Date: 7/24/2026

Exhibit 4

I confirm the following:

1. My name is Irma Leticia Barrera Ramirez, and my date of birth is April 10, 1979. My A# is 305854362. I am of sound mind and have personal knowledge of the facts set forth herein. This declaration is made voluntarily and of my own free will.
2. I have had the opportunity to discuss my case and representation with Meneses Law, PLLC ("Meneses Law").
3. I understand that I have the right to select the attorney or law firm of my choice and may change legal representation at any time.
4. After considering my options and having any questions answered, I want to continue my legal representation with Meneses Law.
5. I authorize Meneses Law to continue representing me in connection with my immigration matter and to continue performing legal services on my behalf.
6. To the extent that any request for my file, records, or information was previously submitted by another law firm, I hereby revoke and withdraw any such request and do not authorize the release of my file or confidential information to any third party at this time.
7. **I do not authorize the release of my file to Betzold Law Firm, Avanti, Law Nerd, LLC ("Law Nerd") or any other law firm at this time and withdraw any prior request for release of my file, if any.**
8. At no time did I intend for or engage Betzold Law, PLC ("Betzold Law"), Avanti Law Group, PLLC ("Avanti"), or Law Nerd, LLC ("Law Nerd") as my attorney(s) in any capacity. I have never had an attorney-client relationship with Betzold Law, Avanti, or Law Nerd, and I do not have an attorney-client relationship with Betzold Law, Avanti, or Law Nerd. At no time did Betzold Law, Avanti, or Law Nerd inform me they would represent themselves as my current attorneys and/or agents." I have never signed a representation agreement with Betzold Law, Avanti, Law Nerd. Further, Betzold Law, Avanti, and Law Nerd never informed me of the material impacts and consequences that would result from requesting copies of my case files from Meneses Law.
9. At no point did I wish or intend for a termination of the attorney-client relationship between myself and Meneses Law. Nor did I express any such desire to Betzold Law, Avanti, or Law Nerd. I hereby affirm that it is my express wish and intention for Meneses Law to continue representing me. I have full confidence in Meneses Law's ability to represent my interests and wish to maintain this representation without interruption. I hereby demand that Betzold Law, Avanti, and Law Nerd cease any and all further attempts to contact me, whether by telephone, mail, email, text message, in person, or through any other means.

MENESES LAW
IMMIGRATION ATTORNEYS

*From the Desk of:*
ATTORNEYS AT LAW | ABOGADOS

2900 NORTH LOOP WEST, SUITE 300
HOUSTON, TX 77092
PH: 832-831-4242
EMAIL: INFO@MENESES.LAW
WEBSITE: WWW.MENESES.LAW

MEMBER
TX, NY, OK, MA, PR STATE BARS
AMERICAN IMMIGRATION
LAWYERS ASSOCIATION, AND
AMERICAN BAR ASSOCIATION

**10.** I acknowledge that I was contacted by, or communicated with, another law firm regarding my immigration matter. I was contacted by Betzold Law and Avanti Law Group asking **whether I would like to be a part of a lawsuit. I declined any participation in a lawsuit. After declining to participate in any lawsuit, they asked whether they could request a copy of my case file to "review for fraud." I communicated to them that I was worried due to social media posts and livestreams by and involving Camila Overmyer, Robert Alvarez, James Betzold, and others appearing with them, but I made clear and communicated to them that I was not accusing Meneses Law of fraud, so I did not need them to review for fraud and did not authorize them to do so.**

**11.** I have never and am not accusing Meneses Law, PLLC of committing fraud, misrepresenting the facts in my VAWA (I-360) declaration submitted to USCIS, or committing any fraudulent conduct.

**12. On July 24, 2026, I first learned that a lawsuit (Cause No. 4:26-cv-03930) naming me as a plaintiff had been filed. I did not consent to this lawsuit or any other lawsuit being filed in my name. At no point was it ever communicated to me by Betzold Law, Robert Alvarez, Avanti Law, Jonathan Munoz, or Law Nerd that a lawsuit would be filed on my behalf. Nor did I ever provide written or oral consent for this lawsuit to be filed on my behalf. I was never provided with a lawsuit to review, nor I was told in any way that I would be making allegations in this lawsuit.**

13. I understand that if I later decide to change attorneys, I may submit a written request authorizing the transfer of my file and termination of representation.

CLIENT ACKNOWLEDGMENT

I have read and understand the contents of this document and voluntarily elect to continue my representation with Meneses Law.

Client Signature: Barrera

Printed Name: Irma L. Barrera

Date: 07-24-2026

Weslyn McCoy Smalley
My Commission Expires
1/16/2030
Notary ID 135545833
NOTARY PUBLIC STATE OF TEXAS

MENESES LAW
IMMIGRATION ATTORNEYS

*From the Desk of:*
ATTORNEYS AT LAW | ABOGADOS

2900 NORTH LOOP WEST, SUITE 300
HOUSTON, TX 77092
PH: 832-831-4242
EMAIL: INFO@MENESES.LAW
WEBSITE: WWW.MENESES.LAW

MEMBER
TX, NY, OK, MA, PR STATE BARS
AMERICAN IMMIGRATION
LAWYERS ASSOCIATION, AND
AMERICAN BAR ASSOCIATION

**CONFIRMACIÓN DE REPRESENTACIÓN POR PARTE DEL CLIENTE Y REVOCACIÓN DE SOLICITUD DE TRANSFERENCIA DE ARCHIVOS**

Nombre del cliente: Irma Leticia Barrera Ramirez

A#: 305 - 854 - 362

Fecha: 7 / 24 / 2026

Confirmo lo siguiente:

1. Mi nombre es Irma Leticia Barrera Ramírez y mi fecha de nacimiento es el 10 de abril de 1979. Mi A# es 305854362. Estoy en pleno uso de mis facultades mentales y tengo conocimiento personal de los hechos aquí expuestos. Esta declaración se hace voluntariamente y por mi propia voluntad.
2. He tenido la oportunidad de discutir mi caso y representación con Meneses Law, PLLC ("Meneses Law").
3. Entiendo que tengo derecho a elegir al abogado o despacho de abogados que prefiera y puedo cambiar de representación legal en cualquier momento.
4. Después de considerar mis opciones y responder cualquier duda, quiero continuar con mi representación legal con Meneses Law.
5. Autorizo a Meneses Law a que continúe representándome en relación con mi asunto migratorio y a continuar prestando servicios legales en mi nombre.
6. En la medida en que alguna solicitud de mi archivo, registros o información haya sido presentada previamente por otro despacho de abogados, por la presente revoco y retiro dicha solicitud y no autorizo la divulgación de mi archivo o información confidencial a ningún tercero en este momento.
7. **No autorizo la liberación de mi expediente a Betzold Law Firm, Avanti, Law Nerd, LLC ("Law Nerd") ni a ningún otro despacho legal en este momento, y retiro cualquier solicitud previa de liberación de mi expediente, si la hay.**
8. En ningún momento tuve la intención ni contraté a Betzold Law, PLC ("Betzold Law"), Avanti Law Group, PLLC ("Avanti") o Law Nerd, LLC ("Law Nerd") como mis abogados en ninguna capacidad. Nunca he tenido una relación abogado-cliente con Betzold Law, Avanti o Law Nerd, y no tengo una relación abogado-cliente con Betzold Law, Avanti o Law Nerd. En ningún momento Betzold Law, Avanti o Law Nerd me informaron que se representarían a sí mismos como mis abogados y/o agentes actuales." Nunca he firmado un acuerdo de representación con Betzold Law, Avanti, Law Nerd. Además, Betzold Law, Avanti y Law Nerd nunca me informaron sobre los impactos materiales y consecuencias que podrían resultar de solicitar copias de mis expedientes a Meneses Law.
9. En ningún momento deseé ni pretendí terminar la relación abogado-cliente entre Meneses Law y yo. Tampoco expresé tal deseo a Betzold Law, Avanti o Law Nerd. Por la presente afirmo que es mi deseo expreso e intención que Meneses Law continúe representándome. Tengo plena confianza en la capacidad de Meneses Law para representar mis intereses y deseo mantener esta representación sin interrupciones. Por la presente exijo que Betzold Law, Avanti y Law Nerd cesen cualquier intento adicional de contactarme, ya sea por teléfono, correo, correo electrónico, mensaje de texto, en persona o por cualquier otro medio.

MENESES LAW
IMMIGRATION ATTORNEYS

*From the Desk of:*
ATTORNEYS AT LAW | ABOGADOS

2900 NORTH LOOP WEST, SUITE 300
HOUSTON, TX 77092
PH: 832-831-4242
EMAIL: INFO@MENESES.LAW
WEBSITE: WWW.MENESES.LAW

MEMBER
TX, NY, OK, MA, PR STATE BARS
AMERICAN IMMIGRATION
LAWYERS ASSOCIATION, AND
AMERICAN BAR ASSOCIATION

10. Reconozco que fui contactado o comunicado conmigo por otro despacho de abogados respecto a mi asunto migratorio. Betzold Law y Avanti Law Group me contactaron preguntándome **si deseaba ser parte de una demanda. Rechacé cualquier participación en una demanda. Después de negarme a participar en cualquier demanda, me preguntaron si podían solicitar una copia de mi expediente para "revisar si había fraude". Les comuniqué que estaba preocupado debido a publicaciones en redes sociales y transmisiones en vivo por y que involucraban a Camila Overmyer, Robert Álvarez, James Betzold y otros que aparecían con ellos, pero les dejé claro y les comuniqué que no estaba acusando a Meneses Law de fraude, así que no necesitaba que revisaran el fraude ni los autorizaba a hacerlo.**
11. Nunca he acusado ni estoy acusando a Meneses Law, PLLC de cometer fraude, tergiversar los hechos en mi declaración VAWA (I-360) presentada a USCIS, ni cometer conducta fraudulenta.
12. **El 24 de julio de 2026, supe por primera vez que se había presentado una demanda (Causa No. 4:26-cv-03930) que me nombraba como demandante. No consentí que esta demanda ni ninguna otra se presentara a mi nombre. En ningún momento Betzold Law, Robert Alvarez, Avanti Law, Jonathan Muñoz o Law Nerd me comunicaron que se presentaría una demanda en mi nombre. Tampoco proporcioné consentimiento escrito u oral para que esta demanda se presentara en mi nombre. Nunca se me proporcionó una demanda para revisar, ni se me dijo de ninguna manera que haría alegaciones en esta demanda.**
13. Entiendo que si más adelante decido cambiar de abogado, podría presentar una solicitud por escrito autorizando la transferencia de mi expediente y la terminación de la representación.

RECONOCIMIENTO DEL CLIENTE

He leído y comprendo el contenido de este documento y elijo voluntariamente continuar mi representación con Meneses Law.

Firma del cliente: [signature]

Nombre impreso: Irma L Barrera

Fecha: 07-24-2026

NOTARY PUBLIC STATE OF TEXAS
Weslyn McCoy Smalley
My Commission Expires
1/16/2030
Notary ID135545833